# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VANESSA COBB-LEAVY, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BOROUGH OF YEADON, et al., | : | No. 18-1069 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **5th** day of **September**, **2018**, upon consideration of Defendants' Motion to Dismiss and Plaintiffs' response thereto, and for the reasons stated in the Court's Memorandum dated September 5, 2018, it is hereby **ORDERED** that:

1. The motion (Document No. 3) is **GRANTED.**

2. The claims against Defendant Borough of Yeadon are **DISMISSED without prejudice.**

3. The claims against Defendant Officer McGrenera are **DISMISSED with prejudice.**

4. The claims against Defendant Chief Molineux are **DISMISSED with prejudice.**

5. Plaintiff may file an Amended Complaint with respect to her claims against Defendant Borough of Yeadon on or before September 25, 2018.

BY THE COURT:

*/s/ Berle M. Schiller*

**Berle M. Schiller, J.**